IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ULTRAMAR, INC.,** | Case No. 2:2004-cv-06468-CAS-SH |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| **S. KIMBERLY BELSHE**, in her individual and official capacities; **SANDRA SHEWRY**, in her individual and official capacities; **RICHARD JACKSON, M.D.**, in his individual and official capacities; **VALERIE CHARLTON**, in her individual and official capacities; **KEVIN REILLY**, in his individual and official capacities; **KIM WASSENBERG**, in his individual and official capacities; **TOM McCAFFERY,** in his individual and official capacities; **RICHARD BAYGUEN,** in his individual and official capacities; **DAVID J. GAU**, in his individual and independent capacities; **CAROL REISINGER** in her individual and independent capacities; **MONICA JIMINEZ**, in her individual and independent capacities; and **MARY BRUCK**, in her individual and official capacities; and **DOES 1-100,** | |
| Defendants. | |

1

Having reviewed the Stipulation re Dismissal with Prejudice between the parties hereto, and good cause appearing therefor,

THE COURT HEREBY ORDERS THAT:

1. Case No. 2:2004-cv-06468-CAS-SH is dismissed with prejudice.
2. Each party shall bear its own costs and fees in connection with this case.

Dated: _June 28, 2010_____

*/s/ Christine A. Snyder*

The Honorable Christina A. Snyder

*Submitted by*:
EDMUND G. BROWN JR., Attorney General of California


  /s/  Elisa  B.  Wolfe-Donato
ELISA B. WOLFE-DONATO
Deputy Attorney General
*Attorneys for State Board of Equalization Defendants*



*Approved as to form*:
PILLSBURY WINTHROP SHAW PITTMAN LLP


  /s/  Richard  E.  Nielsen
RICHARD E. NIELSEN
*Attorneys for Plaintiff ULTRAMAR, INC.*


EDMUND G. BROWN JR., Attorney General of California


  /s/  Richard  T.  Waldow
RICHARD T. WALDOW
Supervising Deputy Attorney General
*Attorneys for Department of Public Health Defendants*

LA2004601554
50672857.doc